# United States District Court

Northern District of Texas

Karen Mitchell                                                                Fort Worth Division
Clerk of Court
                                    March 31, 2021

348th District Court - Tarrant County
Third Floor
100 N. Calhoun Street
Fort Worth, Texas 76196

RE: 4:21-cv-00101-P

     Style: J. Taylor & Associates, LLC v Spangler

Dear Clerk:

     Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the    348th Judicial District Court in Tarrant County, TX    ,  348-322355-20 along with a copy of the docket sheet.

     If you have any questions regarding this matter, I may be reached at  817-850-6601 .

                      Sincerely,
                      Karen Mitchell, Clerk

                      By: M. Wills
                          Deputy Clerk

Enclosure  Certified Docket Sheet
          Certified Order of Remand

cc:       Counsel of Record
         Case file (public entry)